1  MATLOCK LAW GROUP, P.C.
2  Anne-Leith Matlock (SBN 244351)
   K. Brian Matlock (SBN 243812)
3  Yue Xu "Robert" (SBN 274744)
   1485 Treat Blvd., Suite 200
4  Walnut Creek, CA 94597
5  Telephone: (925) 944-7131
   Facsimile:  (925) 944-7138
6
7  Attorneys for Plaintiff,
   MEDIA PRODUCTS, INC. dba DEVIL'S FILM

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEDIA PRODUCTS, INC. dba DEVIL'S FILM, a California Corporation,<br><br>Plaintiff,<br><br>v<br><br>DOES 1-128, inclusive,<br><br>Defendants. | **CASE NO. : 2:12-CV-01937-LKK-DAD**<br><br>**STIPULATION AND ORDER TO CONTINUANCE ORDER SETTING STATUS (PRETRIAL SCHEDULING CONFERENCE)**<br><br>**Date:  October 9, 2012**<br>**Time:  11:00 AM**<br>**Courtroom:  4**<br>**Judge:  Hon. Lawrence K. Karlton**<br><br>**Complaint Filed: July 24, 2012**<br>**Trial Date:  None Set** |

The parties HEREBY STIPULATE AND AGREE to the following:

That the Status (Pretrial Scheduling) Conference currently scheduled for October 9, 2012, at 11:00 AM in Courtroom 4 of this Court be continued until a date to be determined as there is an Emergency Ex-Parte Application for Early Discovery pending before the Judge.  After the order is granted, Plaintiff will need time to identify the DOE Defendants and propound discovery on the DOE Defendants.

Dated:  September 7, 2012                  Respectfully submitted,

                                                                   MATLOCK LAW GROUP, P.C.


                                                   By: /s/Anne-Leith Matlock/s/
                                                          Anne-Leith Matlock
                                                          ATTORNEYS FOR PLAINTIFFS,
                                                          MEDIA PRODUCTS, INC. dba
                                                          DEVIL'S FILM, a California corporation


## ORDER

     Pursuant to this Stipulation and good cause appearing, it is ordered that the Status (Pretrial Scheduling) Conference scheduled for October 9, 2012, is hereby continued to December 10, 2012 at 10:30 a.m.  The parties shall file their status reports 14 days preceding the status conference.


Dated:   September 13, 2012



                                                      _____
                                                      LAWRENCE K. KARLTON
                                                      SENIOR JUDGE
                                                      UNITED STATES DISTRICT COURT