MATLOCK LAW GROUP, P.C.
Anne-Leith Matlock (SBN 244351)
K. Brian Matlock (SBN 243812)
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Telephone: (925) 944-7131
Facsimile:  (925) 944-7138

Attorneys for Plaintiff,
MEDIA PRODUCTS, INC.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIA PRODUCTS, INC. dba DEVIL'S FILM, a California Corporation,<br><br>Plaintiff,<br><br>v<br><br>DOES 1-128, inclusive,<br><br>Defendants. | CASE NO. : 2:12-cv-01937-LKK-AC<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF ALL DOE DEFENDANTS** |

Upon consideration of plaintiff's Request for Dismissal of all DOE defendants, the court notes that it has previously dismissed Does 2-128.  The court thus construes the current request to be a request to dismiss the remaining defendant.

Accordingly, the request is **GRANTED**, and Doe 1 is hereby dismissed without prejudice.  The clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated:  December 5, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Matlock Law Group, PC.

1